JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RYAN JAMAL SPENCER, | ) | NO. CV 14-5053-GAF (AS) |
|         Petitioner, | ) | |
| | ) | **JUDGMENT** |
|     v. | ) | |
| | ) | |
| E. VALENZUELA, Warden, | ) | |
| | ) | |
|         Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the "Order of Dismissal," IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 8, 2014.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**